IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02248-WJM-KLM

MICHAEL SEXTON,

    Plaintiff,

v.

COLORADO SPRINGS, COLORADO, et al.

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate to the dismissal with prejudice of this action, with each party to pay his own costs and fees.

Respectfully submitted this 29th day of April 2022.

| | |
|---|---|
| KILLMER, LANE & NEWMAN, LLP | OFFICE OF THE CITY ATTORNEY FOR THE CITY OF COLORADO SPRINGS<br>Wynetta P. Massey, City Attorney |
| */s/ Andy McNulty* | */s/ Anne H. Turner* |
| Andy McNulty<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>Telephone: (303)571-1000<br>Facsimile: (303)571-1001<br>amcnulty@kln-law.com | Anne H. Turner, Assistant City Attorney—Litigation/Employment Division<br>30 S. Nevada Ave., Suite 501<br>Colorado Springs, Colorado 80903<br>Telephone: (719) 385-5909<br>Facsimile: (719) 385-5535<br>anne.turner@cosprings.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |